1   Rafael Barreto
2   V-96693/11-123
    P.O. Box 409060
3   Ione, CA
    95640

    FILED

4   IN PRO PER

    APR 1 7 2008

5
    RICHARD W. WIEKING
    CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
6

7

8                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9
                                    )
10  RAFAEL BARRETO                  )
11                     Plaintiff,   )   CASE NO. CV 08        2008
                                    )
12      vs.                         )   PRISONER'S
                                    )   APPLICATION TO PROCEED
13  M. MARTEL, WARDEN (A)           )   IN FORMA PAUPERIS
                                    )
14                     Defendant.   )   E-filing
                                    )
15  ─────────────────────────────

16      I, __Rafael Barreto__, declare, under penalty of perjury that I am the plaintiff in

17  the above entitled case and that the information I offer throughout this application is true and correct.

18  I offer this application in support of my request to proceed without being required to prepay the full

19  amount of fees, costs or give security.  I state that because of my poverty I am unable to pay the

20  costs of this action or give security, and that I believe that I am entitled to relief.

21      In support of this application, I provide the following information:

22  1.    Are you presently employed?    Yes ____  No _XX_

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the name

24  and address of your employer:        2003

25  Gross: __35,000_____ Net: __28,000_____

26  Employer: __Can not remember_____

27  _____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

    PRIS. APPLIC. TO PROC. IN FORMA

    PAUPERIS, Case No._____          - 1 -

1  and wages per month which you received.  (If you are imprisoned, specify the last place of

2  employment prior to imprisonment.)

3  _____

4  _____

5  _____

6  2.    Have you received, within the past twelve (12) months, any money from any of the following

7  sources:

8      a.    Business, Profession or              Yes _____  No _XX_

9            self employment

10     b.    Income from stocks, bonds,          Yes _____  No _XX_

11           or royalties?

12     c.    Rent payments?                       Yes _____  No _XX_

13     d.    Pensions, annuities, or              Yes _____  No _XX_

14           life insurance payments?

15     e.    Federal or State welfare payments,   Yes _____  No _XX_

16           Social Security or other govern-

17           ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount

19  received from each.

20  _____

21  _____

22  3.    Are you married?                        Yes _____  No _XX_

23  Spouse's Full Name: _____

24  Spouse's Place of Employment: _____

25  Spouse's Monthly Salary, Wages or Income:

26  Gross $_____ Net $_____

27  4.    a.    List amount you contribute to your spouse's support : $ _____

28        b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

1
2

... and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

3  _____

4  _____

5  5.    Do you own or are you buying a home?              Yes ____  No _XX_

6  Estimated Market Value: $_____ Amount of Mortgage: $_____

7  6.    Do you own an automobile?                         Yes ____  No _XX_

8  Make _____ Year _____ Model _____

9  Is it financed? Yes _____ No _____ If so, Total due: $ _____

10  Monthly Payment: $ _____

11  7.    Do you have a bank account?  Yes ____ No _xx_ (Do not include account numbers.)

12  Name(s) and address(es) of bank: _____

13  _____

14  Present balance(s):  $ _____

15  Do you own any cash?  Yes _xx_  No ____  Amount  $ ___250.00_____

16  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

17  market value.)   Yes ____  No _XX_

18  _____

19  8.    What are your monthly expenses?    NONE

20  Rent:  $ _____      Utilities: _____

21  Food:  $ _____      Clothing: _____

22  Charge Accounts:

23  Name of Account            Monthly Payment            Total Owed on This Acct.

24  _____   $ _____   $ _____

25  _____   $ _____   $ _____

26  _____   $ _____   $ _____

27  9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

28  they are payable.  Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 3 -

NONE

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? _____    Yes ____ No xx

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

March 5, 2008                    *Rafael Barreto*

DATE                    SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____            - 4 -

1

2                                                      **Case Number:** _____

3   Rafael Barreto
    V-96692/11-123
4    P.O. Box 409060
    Ione, CA 95640
5

6   In Pro Per

7

8

9                           **CERTIFICATE OF FUNDS**

10                                    **IN**

11                         **PRISONER'S ACCOUNT**

12

13          I certify that attached hereto is a true and correct copy of the prisoner's trust account

14   statement showing transactions of ___Rafael Barreto___ for the last six months at

15                               [prisoner name]

16   Mule Creek State Prison_____ where (s)he is confined.

17               [name of institution]

18          I further certify that the average deposits each month to this prisoner's account for the most

19   recent 6-month period were $ _____ and the average balance in the prisoner's account

20   each month for the most recent 6-month period was $_____ .

21

22   Dated: 4/10/08                        B. Heise, CC I

23                                       [Authorized officer of the institution]

24

25

26

27

28

                                       - 5 -

REPORT ID: TS3030  701

REPORT DATE: 04/07/08
PAGE NO.        1

CALIFORNIA DEPARTMENT OF CORRECTIONS
MULE CREEK STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU APR. 07, 2008

ACCOUNT NUMBER : V96693                     BED/CELL NUMBER: C 115030000123L
ACCOUNT NAME   : BARRETO, RAPHAEL           ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | | | | 404.43 |
| 01/22 | FR01 | CANTEEN RETUR | 702669 | | | 1.90- | 406.33 |
| 01/28 | FC03 | DRAW-FAC 3 | C/TRD 2690 | | | 20.00 | 386.33 |
| 02/19 | FC03 | DRAW-FAC 3 | C/TRD 3062 | | | 30.00 | 356.33 |
| 03/10 | W516 | LEGAL COPY CH | 0302 3315 | | | 6.80 | 349.53 |
| 03/24 | FC03 | DRAW-FAC 3 | C/TRD 3429 | | | 30.00 | 319.53 |
| 04/02 | W516 | LEGAL COPY CH | 0329 3525 | | | 6.70 | 312.83 |
| 04/02 | W415 | CASH WITHDRAW | C/R 3544 17481681 | | | 300.00 | 12.83 |
| 04/03 | W512 | LEGAL POSTAGE | 0331 3567 | | | 2.67 | 10.16 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|------------------|-----------------|---------------|---------------------------|
| 404.43 | 0.00 | 394.27 | 10.16 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------
10.16